# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| AMY GIBRIANO, on behalf of herself and all others similarly situated,<br><br>    Appellant,<br><br> v.<br><br>EISAI INC., ARENA PHARMACEUTICALS, INC.,<br><br>    Appellees. | Case No. 24-1745 |

## APPELLANT'S MOTION TO LEAVE TO FILE OUT OF TIME

Appellant Amy Gibriano files this motion for leave to file an hour after the 5 p.m. deadline. Despite counsel's best efforts, Appellant was unable to meet the 5 p.m. deadline on August 15, 2024 due to administrative error and as a result filed the brief and appendix at 5:38 p.m. Appellant does not believe Appellees will be prejudiced in any way from this delay.

Dated: August 19, 2024      By: /s/ Joshua D. Arisohn

                   **BURSOR & FISHER, P.A.**
                   Joshua D. Arisohn
                   1330 Avenue of the Americas
                   New York, NY 10019
                   Telephone: (646) 837-7150
                   Facsimile: (212) 989-9163
                   Email: jarisohn@bursor.com

                   *Attorney for Appellant*