No. 24-1745

# In the United States Court of Appeals for the Third Circuit

AMY GIBRIANO

*Plaintiff-Appellant,*

v.

EISAI INC. and ARENA PHARMACEUTICALS, INC.

*Defendants-Appellees,*

On Appeal from the United States District Court
for the District of New Jersey, No. 21-19937 (Hon. Julian Xavier Neals)

**EISAI INC. AND ARENA PHARMACEUTICALS, INC.'S UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEFS**

Appellees Eisai Inc. and Arena Pharmaceuticals, Inc. move to extend the deadline for the filing of their respective Appellee's briefs by 14 days, until October 3, 2024. *See* Fed. R. App. P. 26(b) and 3d Cir. L.A.R. 31.4. As good cause for this motion, Appellees state as follows:

1. Appellees' briefs are currently due September 19, 2024. Appellees have not previously sought an extension of this deadline.

2. Appellees' counsel need additional time to prepare Appellees' briefs due to pre-planned travel and competing professional obligations.

3. Before the current briefing schedule was entered, Eisai Inc.'s counsel Ashley Burkett scheduled a pre-paid family vacation the week of August 19. This vacation did not conflict with the initial briefing schedule entered in this case, in which Appellant's brief was due June 26, 2024, and Appellees' brief was due 30 days later. That schedule was later stayed for approximately 3 weeks pending the disposition of motion filed by Appellant, leading to the current scheduling conflict.

4. Ms. Burkett is also lead counsel in another case with depositions currently scheduled for August 26th and 27th. She is also responsible for substantive filings in a separate case with a pre-existing deadline of August 30th.

5. Ms. Burkett's co-counsel Michael D. Schissel also has pre-planned personal travel the first two weeks of September.

6. Given those conflicting travel and work obligations, Eisai Inc. and Arena Pharmaceuticals, Inc. respectfully request a 14-day extension, until October 3, 2024, to allow adequate time to confer with each other to avoid presenting duplicative arguments and briefing to the Court.

Dated: August 21, 2024

    ___/s/ Ashley Burkett____
Ashley Burkett
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5815
Ashley.Burkett@arnoldporter.com

Michael D. Schissel
Arnold & Porter Kaye Scholer LLP
250 West 55th Steet
New York, New York 10019
(212) 836-8240
Michael.Schissel@arnoldporter.com

*Counsel for Defendant-Appellee Eisai Inc.*

   */s/ Stephen C. Matthews*
Stephen C. Matthews
DLA Piper
51 John F. Kennedy Parkway
Suite 120
Short Hills, NJ 07078
(973) 520-2541
stephen.mathews@us.dlapiper.com

Ilana H. Eisenstein
DLA Piper
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103
(215) 656-3351
ilana.eisenstein@us.dlapiper.com

*Counsel for Arena Pharmaceuticals, Inc.*

# CERTIFICATE OF COMPLIANCE

This document complies with the 5,200-word limit set forth in Fed. R. App. P. 27(d)(2)(A) for motions.  This document contains 259 words, excluding the case caption, signature block, and certifications.

__/s/ Ashley Burkett_____
Ashley Burkett
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5815
Ashley.Burkett@arnoldporter.com

*Counsel for Defendant-Appellee Eisai Inc.*

Dated:  August 21, 2024

# CERTIFICATE OF SERVICE

I certify that August 21, 2024, I caused the foregoing response to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Plaintiff-Appellant's counsel are registered CM/CEF users, and service will be accomplished by the appellate CM/ECF system.

       /s/ Ashley Burkett
Ashley Burkett
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5815
Ashley.Burkett@arnoldporter.com

*Counsel for Defendant-Appellee Eisai Inc.*

Dated: August 21, 2024

## CERTIFICATE OF UNCONTESTED MOTION

Counsel for the Appellant has informed counsel for the Appellees that the Appellant does not object to the requested extension.

        */s/ Ashley Burkett*
Ashley Burkett
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5815
Ashley.Burkett@arnoldporter.com

*Counsel for Defendant-Appellee Eisai Inc.*

Dated: August 21, 2024